# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR A., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 2:20-cv-00037-VBF-PD <br><br> **ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

Dated: September 21, 2021

/s/ Valerie Baker Fairbank

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE