JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TAYLOR A.,

    Plaintiff,

    v.

ANDREW M. SAUL, COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

Case No. 2:20-cv-00037-VBF-PD

**JUDGMENT**

  Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that this case be remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.


  Dated:  September 21, 2021

       /s/ Valerie Baker Fairbank

       _____

       VALERIE BAKER FAIRBANK
       UNITED STATES DISTRICT JUDGE